UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AVELINO CRUZ MARTINEZ ) | |
| ) | |
| v. ) | Case No. 3: 14-CV-00174 |
| ) | JUDGE TRAUGER |
| UNITED STATES OF AMERICA, ) | |
| LOUISE W. KELTON, U.S. MARSHAL ) | |

**ORDER**

Pending before the court is the Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Docket No. 7). For the reasons stated in the accompanying Memorandum, the Petition is DENIED and this action is DISMISSED.

IT IS SO ORDERED.

_____
ALETA TRAUGER
UNITED STATES DISTRICT JUDGE