UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AVELINO CRUZ MARTINEZ            )
                                 )
v.                               )        Case No. 3: 14-CV-00174
                                 )        JUDGE TRAUGER
UNITED STATES OF AMERICA,        )
LOUISE W. KELTON, U.S. MARSHAL   )

## ORDER

Pending before the court is Petitioner's Motion For a Stay Pending Appeal, in which he seeks a stay of this court's order of July 10, 2014, denying his Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Docket No. 15). The court's denial of his amended habeas petition left in place the Magistrate Judge's Certification Order, issued January 17, 2014, certifying his finding that Cruz is subject to extradition to the Secretary of State, as required by 18 U.S.C. § 3184, and ordering that Cruz be committed to the custody of the U.S. Marshal for this district pending final disposition of this matter by the Secretary of State. (Case No. 3:13-mj-2042, Docket No. 64.)

For the reasons stated in the accompanying Memorandum, Petitioner's Motion for a Stay Pending Appeal is **GRANTED**. Accordingly, the Magistrate Judge's January 17, 2014 Certification Order is hereby **STAYED** until the appeal of this court's denial of Petitioner's Amended Petition for Writ of Habeas Corpus is completed.

IT IS SO ORDERED.

_____
ALETA TRAUGER
UNITED STATES DISTRICT JUDGE